UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAYMUNA AKTHER,

*Plaintiff*,

v.

RENA BITTER,

*Defendants*.

Civil Action No. 23-2431 (LLA)

## MEMORANDUM OPINION

Plaintiff Maymuna Akther, proceeding pro se,[1] brings this action against Defendants Rena Bitter, Assistant Secretary of the Bureau of Consular Affairs; Helen LaFave, Deputy Chief of Mission, U.S. Embassy in Bangladesh; and Antony Blinken, Secretary of the U.S. Department of State. ECF No. 1 ¶¶ 12-14. She asks the court "to compel the Defendants to take action on and adjudicate her properly-filed I-130 visa application." *Id.* ¶ 1. On June 10, 2024, Defendants filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1), arguing that the case is moot because Ms. Akther's visa has been issued and she has entered the United States. ECF No. 11, at 1. On June 14, 2024, the court issued a *Fox*/*Neal* order directing Ms. Akther to respond to Defendants' motion to dismiss on or before July 5, 2024. ECF No. 12. The court advised Ms. Akther that, if she failed to respond to Defendants' motion in the time provided, the court could treat the motion as conceded, rule on Defendants' motion based on Defendants' arguments alone, or dismiss the case for failure to prosecute. ECF No. 12, at 1. When Ms. Akther failed to respond by July 5, the court extended the deadline to respond to August 5, 2024. *See* July 15, 2024

---

[1] Ms. Akther was initially represented by counsel, but counsel withdrew on June 6, 2024. ECF No. 10.

Minute Order. Because Ms. Akther has again failed to respond, and in light of Defendants'
representation that her visa has been issued and she has entered the United States, the court grants
Defendants' motion to dismiss the matter as moot. *See Sayad v. U.S. Dep't of Homeland Sec.*,
No. 20-CV-2333, 2022 WL 4130840, at *2 (D.D.C. Sept. 12, 2022) (dismissing visa mandamus
case as moot when a consular officer issued a final decision on the relevant visa application);
*Aboutalebi v. Dep't of State*, 19-CV-2605, 2019 WL 6894046, at *2 (D.D.C. Dec. 18, 2019)
(same). A separate order will issue.

**SO ORDERED**.

/s/ Loren L. AliKhan
LOREN L. ALIKHAN
United States District Judge

Date: August 12, 2024

2